LIBERTY MACHINE WORKS, INC., Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Appellee.

No. 74–1901.

United States Court of Appeals, Eighth Circuit.

Submitted April 17, 1975.

Decided July 24, 1975.

Urban C. Bergbauer, St. Louis, for appellant.

George G. Wolf, Atty., Tax Div., U. S. Dept. of Justice, Washington, D. C., for appellee.

Before JONES,* Senior Circuit Judge, HEANEY and BRIGHT, Circuit Judges.

PER CURIAM:

Liberty Machine Works, Inc. seeks review of an adverse decision of the Tax Court in which tax deductions were denied with respect to a profit-sharing plan for its salaried and clerical employees. The facts which presented the issue and the reason for the determination by the Tax Court are set forth in its opinion. 62 T.C. 621. The decision of the Tax Court is correct and its judgment is

Affirmed.

* The Honorable Warren L. Jones, United States Court of Appeals for the Fifth Circuit, sitting by designation.

Daphne Rayne MAHONE nee Daphne Rayne Winslow, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 72–2326.

United States Court of Appeals, Ninth Circuit.

May 30, 1975.

ORDER

ON PETITION FOR REHEARING OF 504 F.2d 414

Before ELY and WALLACE, Circuit Judges, and THOMPSON, District Judge.*

The judges concerned with the subject case (Ely, Wallace, and Thompson) unanimously vote to deny the Petition for Rehearing. Judges Ely and Wallace vote to reject the suggestion for en banc rehearing. Judge Thompson recommends that the suggestion for en banc rehearing be rejected.

The full court has been advised of the suggestion for an en banc hearing, and no judge of the court has requested a vote on the suggestion for rehearing en banc. Fed.R.App.P. 35(b).

The Petition for Rehearing is denied, and the suggestion for a rehearing en banc is rejected.

* Honorable Gordon Thompson, Jr., United States District Judge, San Diego, California, sitting by designation.